

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00089-CV

| | | |
|---|---|---|
| MARLENE W. MITCHELL, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | |
| V. | | of Tarrant County (2017-005148-1) |
| | § | |
| | | January 10, 2019 |
| WILMINGTON SAVINGS FUNDS SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth